UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK BRIAN WARNER,<br><br>                Petitioner,<br><br>     v.<br><br>JASON BENNETT,<br><br>                Respondent. | Case No. 3:24-cv-5537-RSM-SKV<br><br>ORDER OF DISMISSAL |

Having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, any objections or responses, and the remaining record, the Court FINDS and ORDERS:

(1) The Court adopts the Report and Recommendation, Dkt. #18.

(2) Petitioner's habeas corpus petition, and this action, are DISMISSED.

(3) A certificate of appealability is DENIED. *See* 28 U.S.C. § 2253(c).

(4) This case is CLOSED.

(5) The Clerk shall provide a copy of this Order to Petitioner and to Judge Vaughan.

DATED this 30th day of September, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1